**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROJIN MORASSAEI & HOSSEIN MORASSAEI,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, et al.,<br><br>Defendants. | SACV 24-823 PA (DFMx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's September 25, 2024 Minute Order, which granted the Motion to Dismiss filed by defendants Antony Blinken, Secretary of State; Merrick Garland, Attorney General; Alejandro Mayorkas, Secretary of Homeland Security; Christopher Wray, Director of the Federal Bureau of Investigation; Gentry Smith, Assistant Secretary of the Bureau of Diplomatic Security, U.S. Department of State; Kristina Kvien, U.S. Ambassador to Armenia; Chip Laitinen, Deputy Chief of Mission to the U.S. Embassy in Armenia; the U.S. Department of State; the Department of Homeland Security; the Federal Bureau of Investigation; and the U.S. Embassy in Armenia,

//

//

//

1  It is HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint filed
2  by plaintiffs Rojin Morassaei and Hossein Morassaei, is dismissed without leave to amend
3  and that this action is dismissed with prejudice.

4

5  DATED: September 25, 2024

6  _____
   Percy Anderson
7  UNITED STATES DISTRICT JUDGE